IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.200.118.77

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/13/2017 00:24:57 | 4842BA3D11865B63DD0990BD02B0B59A36C57F4D | Watch Me Cum For You |
| 12/13/2017 00:12:13 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 12/12/2017 23:39:30 | 2D6608CBEE5DD01B6DBAED28797E8D8DDA5373AC | Fill Her Up |
| 12/12/2017 23:10:24 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 12/12/2017 23:04:08 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 12/12/2017 22:55:05 | 512321C95A38FBBE1FE2A004C2EC090A233CFCBA | Five Reasons to Love Sex with Blondes |
| 12/11/2017 14:42:05 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 12/11/2017 13:27:52 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 12/11/2017 10:04:34 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 12/11/2017 07:26:27 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 11/29/2017 07:46:18 | BD6D859D6F7C172EABA59283DD8B8C954252102B | Russian Girls Are Perfection |
| 11/05/2017 02:28:43 | F97F93E3158A32320D14957D0F81561D4E975F96 | A Rose A Kiss and A Bang |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

STX122