United States District Court
Southern District of Texas
**ENTERED**
August 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § § Plaintiff, § § v. § § CIVIL ACTION NO. H-18-1044 JOHN DOE, subscriber assigned § IP address 98.200.118.77, § § Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 12), this action is dismissed with prejudice.

SIGNED on August 7, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge